Patricia A. Matias (SBN 254125)
Rochelle N. Miller (SBN 352528)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
Patricia.Matias@JacksonLewis.com
Rochelle.Miller@JacksonLewis.com

Attorneys for Defendant
OPTUM SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PATRICIA MARTINEZ, an individual;<br><br>          Plaintiff,<br>Vs.<br><br>UNITED HEALTH GROUP, INC.; OPTUM SERVICES, INC.; OPTUM, INC.; MARION COLEMAN, an individual; DOES 1 through 100, Inclusive.<br><br>          Defendants. | Case No.  5:24-cv-690<br><br>**DECLARATION OF LISA HOLMES IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PURSUANT TO 28 U.S.C. 1332, 1441, AND 1446.**<br><br>[Filed concurrently with Notice of Removal; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement]<br><br>State Complaint Filed:   February 13, 2024 |

## DECLARATION OF LISA HOLMES

I, Lisa Holmes, hereby declare:

1.     I am over twenty-one (21) years of age and competent to testify to the matters contained herein. This Declaration is based upon my own personal knowledge or my knowledge and review of the contents of the relevant business records, systems, and files. I am submitting this declaration in support of Defendant Optum Services, Inc.'s Notice of Removal.

2.     I am currently employed by Defendant Optum Services, Inc. as a Senior Director, People Team. By virtue of my position, I am familiar with Defendants

---

UnitedHealth Group Incorporated, Optum Services, Inc., and Optum, Inc. and their corporate structures and operations.

3. Defendant UnitedHealth Group Incorporated is a Delaware corporation that maintains its principal place of business in Minnetonka, Minnesota.

4. Defendant Optum Services, Inc. is a Delaware corporation that maintains its principal place of business in Eden Prairie, Minnesota.

5. Defendant Optum, Inc. is a Delaware corporation that maintains its principal place of business in Eden Prairie, Minnesota.

6. In my capacity as a Senior Director, People Team, I am familiar with and have access to information and data regarding the general business operations of Defendant Optum Services, Inc. I also have access to employee personnel files, payroll records, and human resources systems, which are maintained in the ordinary course of business. Entries on those records and in those systems are made in a timely manner by people with knowledge of the information being entered, and it is the regular practice of my department to maintain such records. Contained within Ms. Martinez's personnel file and our human resources systems is information reflecting Ms. Martinez's address as 68430 Perlita Road, Cathedral City, CA 92234.

7. Upon review of her information in our human resources systems, Ms. Martinez's hourly rate was $18.44 on January 2, 2022, which was her last day of employment. As an hourly employee, she earned approximately $38,355 per year and between her last day of employment on January 2, 2022, and the present, she would have earned over $86,299.

8. Contained within Defendant Marion Coleman's personnel file and our human resources systems is information reflecting Ms. Coleman's position as a Preservice Review Nurse LPN. In this position, Ms. Coleman was not an owner or officer of Defendant UnitedHealth Group Incorporated, Optum Services, Inc. or Optum, Inc. and she had no oversight over or influence on their operations or corporate policies.

1  I declare under the laws of the United States and the State of California that the
2  foregoing is true and correct to the best of my knowledge.
3
4  Executed this 2nd date of April 2024, at Ontario, California.
5
6  Lisa Holmes

| Case No. | DECLARATION OF LISA HOLMES IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |
|---|---|